# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY A. FARLEY, | ) | CASE NO. 1:15-CV-01282 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KENNETH S. McHARGH |
| CAROLYN W. COLVIN, | ) | |
|     Acting Commissioner of Social Security, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed August 31, 2016, the Court VACATES the decision of the Commissioner of Social Security and REMANDS the case back to the Social Security Administration.

**IT IS SO ORDERED**.

                                                s/ *Kenneth S. McHargh*
                                                Kenneth S. McHargh
                                                U.S. Magistrate Judge

Date: August 31, 2016