UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY A. FARLEY, | ) | CASE NO. 1:15CV1282 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On August 31, 2016, the Magistrate Judge in this matter issued a final order (Doc 20). Subsequent to that order, the Magistrate Judge to whom the parties had consented retired. Accordingly, the matter was returned to the undersigned. The undersigned now resolves the pending post-judgment motions.

Plaintiff Gregory Farley has moved to clarify the final judgment in this matter. Doc. 22. The Commissioner has moved for leave to respond to that motion. Doc. 23. The motion for leave (Doc. 23) is GRANTED and the response is deemed filed.

In his motion to clarify, Farley requests that Court specify the hypothetical question that will be posed to the vocational expert upon remand. Farley contends that "review would be thwarted if the ALJ on remand were free to excise from the hypothetical question the prohibitions on stooping and exposure to orders." Doc. 22 at 2. However, Farley has offered no reason to suggest that the ALJ would ignore the opinion issued herein that identified the

deficiencies in the original proceedings. As such, the Court finds it unnecessary to add further details to its order of remand. The motion to clarify (Doc. 22) is DENIED.

    IT IS SO ORDERED.


Dated: November 23, 2016                  */s/ John R. Adams*_____
                                                   JOHN R. ADAMS
                                                   UNITED STATES DISTRICT JUDGE